**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| DELL INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  1:16-cv-641 |
| | ) | |
| RAJ MISHRA AND TECH FIXING CENTER | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DELL INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Dell Inc., by and through counsel, files this Corporate Disclosure Statement and provides the following disclosures:

1.     Dell Inc. is a Delaware corporation, and its direct parent company is Denali Intermediate Inc.

2.     No public entity owns 10 percent or more of Dell Inc.'s stock.

DATED: May 31, 2016                    Respectfully submitted,

Kimball R. Anderson *(to be admitted pro hac vice)*
Robert H. Newman *(to be admitted pro hac vice)*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5858
Facsimile: (312) 558-5700
kanderson@winston.com
rnewman@winston.com

*/s/ Sinéad O'Carroll*
Sinéad O'Carroll
REEVES & BRIGHTWELL LLP
221 W. 6th Street, Suite 1000
Austin, Texas 78701
Telephone: (512) 334-4509
Facsimile: (512) 334-4492
socarroll@reevesbrightwell.com

*Counsel for Plaintiff Dell Inc.*