**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| DELL INC., § § Plaintiff, § § v. § § RAJ MISHRA; TECH FIXING CENTER LLC; § SAMEER SHAIKH; MANISH DAS; ABDUL § KANCHWALA; VISION BPO PVT. LTD.; § MS VOIP CONNECTS; TUSHAR BOSE; § PRO9 INFOSERVICES PVT. LTD.; GLOBAL § VALUE ADD INC.; SUDHIR PAI; GURU § DORSALA; and WEBCONNECT LLC, § § Defendants. § | Case No. 1:16-cv-00641-SS The Honorable Sam Sparks |

**GVA DEFENDANTS' NOTICE REGARDING REFERENCE
TO MAGISTRATE JUDGE**

Defendants Global Value Add Inc., Sudhir Pai, and Guru Dorsala (the "GVA Defendants") submit the following notice regarding reference to the U.S. Magistrate Judge.

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the GVA Defendants, through counsel, hereby decline to consent to trial before a United States Magistrate Judge.

DATED: January 15, 2018      Respectfully submitted,

_____
Ryan A. Botkin
Texas Bar No. 00793366
Katherine P. Chiarello
Texas Bar No. 24006994
**Wittliff | Cutter | Austin, PLLC**
1803 West Avenue
Austin, Texas 78701
T: 512.960.4730
F: 512.960.4869
ryan@wittliffcutter.com
katherine@wittliffcutter.com

**Attorneys for Defendants Global Value Add, Inc., Sudhir Pai, and Guru Dorsala**

### CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2018, a true and correct copy of the foregoing document was submitted for electronic service through the Court's CM/ECF system to all counsel of record. In addition, the document was served on Defendant Tech Fixing Center LLC by placing it in the U.S. mail, First Class postage prepaid, to its last known address:

Tech Fixing Center, LLC
710 East Main Street
Lexington, Kentucky 40502

_____
Ryan A. Botkin