IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DELL INC., <br><br>   Plaintiff, <br><br>   v. <br><br> RAJ MISHRA; TECH FIXING CENTER LLC; SAMEER SHAIKH; MANISH DAS; ABDUL KANCHWALA; VISION BPO PVT. LTD.; MS VOIP CONNECTS; TUSHAR BOSE; PRO9 INFOSERVICES PVT. LTD.; GLOBAL VALUE ADD INC.; SUDHIR PAI; GURU DORSALA; and WEBCONNECT LLC, <br><br>   Defendants. | Case No. 1:16-cv-00641-SS <br><br> The Honorable Sam Sparks |

**JOINT REPORT REGARDING ALTERNATIVE DISPUTE RESOLUTION**

Pursuant to the Court's Scheduling Order (Dkt. No. 84) and Local Rule CV-88 for the United States District Court for the Western District of Texas, Plaintiff Dell Inc. ("Dell") and Defendants Global Value Add Inc., Sudhir Pai, and Guru Dorsala (the "GVA Defendants") jointly submit the following report on alternative dispute resolution:

1. Dell and the GVA Defendants have exchanged settlement positions. To date, settlement discussions have not resulted in an amicable resolution.

2. The person responsible for settlement negotiations on behalf of Dell is Kimball R. Anderson.

3. The person responsible for settlement negotiations on behalf of the GVA Defendants is Ryan A. Botkin.

4. All other parties who have been served with a summons and a copy of the complaint are in default (Dkt. Nos. 35, 81).

5.     The parties have not come to an agreement concerning whether alternative dispute resolution methods would be productive at this time in light of the fact that several defendants whom Dell seeks to hold jointly and severally liable with the GVA Defendants are unavailable to participate in any alternative dispute resolution procedure.

DATED:     January 31, 2018          Respectfully submitted,

/s/     Kimball R. Anderson
Kimball R. Anderson (*admitted pro hac vice*)
Robert H. Newman (*admitted pro hac vice*)
Ross J. Corbett (*admitted pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5858
Facsimile: (312) 558-5700
kanderson@winston.com
rnewman@winston.com
rcorbett@winston.com

/s/     Sinéad O'Carroll
Sinéad O'Carroll
REEVES & BRIGHTWELL LLP
221 W. 6th Street, Suite 1000
Austin, Texas 78701
Telephone: (512) 334-4509
Facsimile: (512) 334-4492
socarroll@reevesbrightwell.com

*Counsel for Plaintiff Dell Inc.*

<u>/s/     *Ryan A. Botkin*</u>
Ryan A. Botkin
Texas State Bar No. 00793366
Katherine Chiarello
Texas State Bar No. 24006994
Wittliff|Cutter|Austin, PLLC
1803 West Avenue
Austin TX  78701
Telephone: (512) 960-4730
Facsimile: (512) 960-4869
ryan@wittliffcutter.com
katherine@wittliffcutter.com

*Counsel for Defendants Global Value Add, Inc., Sudhir Pai, and Guru Dorsala*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January 2018, I caused a true and correct copy of the foregoing *Joint Report Regarding Alternative Dispute Resolution* to be filed with the Court's CM/ECF system and thus served on all parties with counsel of record, and that Defendant Tech Fixing Center LLC was served by placing the foregoing in the U.S. mail, First Class postage prepaid, to its last known address:

>Tech Fixing Center, LLC
>710 East Main Street
>Lexington, Kentucky 40502:

>*/s/ Sinéad O'Carroll*
>Sinéad O'Carroll