IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS,
AUSTIN DIVISION

| | | |
|---|---|---|
| *Dell Inc.*, Plaintiff, | § § § | |
| v. | § § | Civil Action No. 1:16-cv-641-SS |
| *Raj Mishra et al.*, Defendant. | § § § | |

## **GAURAV SHARMA'S MOTION WITHDRAW MOTION TO QUASH SUBPOENA**

COMES NOW, GUARAV SHARMA, and respectfully asks the Court to Withdraw his Motion to Quash Subpoena.

### A. INTRODUCTION

1. On February 5, 2018, Guarav Sharma, a non-party to the litigation above-referenced, filed a Motion to Quash the Subpoena seeking to quash the subpoena issued by Plaintiff, Dell Inc., to Microsoft Corporation regarding several email addresses, among which included "g.sharma@outlook.com."

2. The subpoena broadly defined "document," and appeared to be seeking any and all emails and written communications from Guarav Sharma's email account. The subpoena requested information that appeared to be unlimited in time or scope, and broad enough to include personal information of Mr. Sharma that is unrelated to the underlying litigation.

3. Microsoft Litigation Policy Enforcement contacted Guarav Sharma and provided him a copy of the subpoena. Microsoft required Mr. Sharma to take "formal legal action" by February 5, 2018, if he wanted to challenge the subpoenaed information.

1

4.      In order to protect Mr. Sharma's rights and prevent distribution of Mr. Sharma's personal information, the undersigned filed a Motion to Quash the subpoena due to the time-sensitive nature of Microsoft Corporation's deadline and the broad language of the subpoena.

5.      After filing the Motion to Quash, the undersigned learned that the subpoena did not seek personal information of Mr. Sharma and that a protective order was in place to protect Mr. Sharma's rights and personal information. Because the protective order protects Mr. Sharma, Mr. Sharma respectfully asks that the Court withdraw his Motion to Quash.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Guarav Sharma respectfully requests that this Court withdraw his Motion to Quash the Subpoena issued by Dell, Inc. to Microsoft Corporation, and for such other and further relief to which Guarav Sharma may show himself justly entitled.

Respectfully submitted,

FULBRIGHT ▪ WINNIFORD
A Professional Corporation
P.O. Box 445
Waco, Texas  76703-0445
(254) 776-6000
(254) 776-8555/Facsimile
ddumas@fulbrightlaw.com

BY: _____
David W. Dumas
State Bar No. 06200990

ATTORNEYS FOR NON-PARTY
GAURAV SHARMA

## CERTIFICATE OF SERVICE

I certify that on February 12th, 2018, a copy of Gaurav Sharma's Motion to Quash Subpoena was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing, and by facsimile and e-mail to "litenfo@microsoft.com:"

*Counsel for Plaintiff Dell Inc.*:

Kimball R. Anderson (*to be admitted pro hac vice*)
Robert H. Newman (*to be admitted pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5858
Facsimile: (312) 558-5700
kanderson@winston.com
rnewman@winston.com

Sinéad O'Carroll
REEVES & BRIGHTWELL LLP
221 W. 6th Street, Suite 1000
Austin, Texas 78701
Telephone: (512) 334-4509
Facsimile: (512) 334-4492
socarroll@reevesbrightwell.com

**Via CMRRR**
Tech Fixing Center, LLC
710 East Main Street
Lexington, KY 40502
*Pro se Defendant*

*Microsoft Litigation Policy Enforcement*:
litenfo@microsoft.com

_____
David W. Dumas